IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROSEMARY COSTA,

        Plaintiff,                      No. 3:10-cv-00786-JE

      v.

MICHAEL J. ASTRUE,                 ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge John Jelderks issued a Findings and Recommendation (#16) on January 31, 2012, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for benefits.

      Plaintiff has timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings and Recommendation [#16] and, therefore, AFFIRMS the Commissioner's decision denying Plaintiff's application for benefits.

IT IS SO ORDERED.

DATED this   21st   day of   March  , 2012.

 /s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER